NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**BRAD HABENICHT, MARLA FLYNN HABENICHT,**
*Plaintiffs-Appellants*

**v.**

**UNITED STATES,**
*Defendant-Appellee*

---

2017-2359

---

Appeal from the United States Court of Federal Claims in No. 1:05-cv-00505-EGB, Senior Judge Eric G. Bruggink.

---

**JUDGMENT**

---

THOMAS E. REDDING, Redding & Associates, P.C., Houston, TX, argued for plaintiffs-appellants. Also represented by SALLIE W. GLADNEY.

BRUCE R. ELLISEN, Tax Division, United States Department of Justice, Washington, DC, argued for defendant-appellee. Also represented by REGINA S. MORIARTY, RICHARD E. ZUCKERMAN.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (NEWMAN, CLEVENGER, and O'MALLEY, *Circuit Judges*).

**AFFIRMED. See Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

October 16, 2018
Date

/s/ Peter R. Marksteiner
Peter R. Marksteiner
Clerk of Court